No. 87–7. MICHELS ET AL. *v.* TIMES MIRROR CABLE TELEVISION OF LOUISVILLE, INC., ET AL. Sup. Ct. Ky. Motion of petitioners to defer consideration of the petition for certiorari denied. Certiorari denied.

No. 87–34. MARCOS ET UX. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 87–188. RANDOM HOUSE, INC., ET AL. *v.* SALINGER. C. A. 2d Cir. Motions of Organization of American Historians, Association of American Publishers, and Kenneth S. Davis et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 87–366. AKINS *v.* DISTRICT OF COLUMBIA ET AL. Ct. App. D. C. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 87–5066. MORENO *v.* ARIZONA. Ct. App. Ariz. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 87–5154. WILLIAMS *v.* PLANNED PARENTHOOD ET AL. C. A. 11th Cir. Certiorari before judgment denied.

No. 86–1201. VAHLSING CHRISTINA CORP. *v.* COMMISSIONER OF INTERNAL REVENUE, 481 U. S. 1068; and
No. 86–6768. LUCAS *v.* AIKEN, WARDEN, ET AL., 482 U. S. 931. Petitions for rehearing denied.